Richard Dale **COLLINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 45749.**

Missouri Court of Appeals,
Western District.

Jan. 5, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 2 and 30, 1993.

David S. Rauzi, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 29.15 motion for post-conviction relief. Affirmed. Rule 84.16(b).